# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SOPHIA D. WASHINGTON,

    Plaintiff,

v.                  CASE NO.  5:08cv72-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

This matter is before the court on the magistrate judge's report and recommendation (document 18), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "This action is DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on September 24, 2008.

                                     s/Robert L. Hinkle
                                     Chief United States District Judge